IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:10-CV-75 (HL) |
| THOMAS H. GRIFFIN, | : | |
| Defendant. | : | |

## ORDER

Defendant Thomas Griffin has filed a suggestion of bankruptcy (Doc. 9). In the document, Griffin asserts that on August 26, 2010, he filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

Under § 362(a)(1), the filing of a bankruptcy petition automatically stays all judicial proceedings against the debtor, which in this case is Griffin. 11 U.S.C. § 362(a)(1). Accordingly, this case against Griffin is automatically stayed. The parties are to notify the Court, in writing, if the bankruptcy court lifts the stay pursuant 11 U.S.C. § 362(d). The parties must also notify the Court, in writing, when the bankruptcy court case terminates.

**SO ORDERED**, this the 10th day of September, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc