IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HELENA CHEMICAL COMPANY,** d/b/a **HELENA FINANCE,** | |
| Plaintiff, | Civil Action 7:10-CV-75 (HL) |
| v. | |
| **THOMAS H. GRIFFIN,** | |
| Defendant. | |

## ORDER

This case was stayed in September of 2010 due to Defendant's bankruptcy filing. The Court has reviewed the bankruptcy docket, and notes that Defendant was discharged from his bankruptcy in February of 2011. The parties are directed to submit a status report, in writing, on or before September 1, 2011 addressing the status of this case and whether the stay in this case may be lifted.

**SO ORDERED**, this the 12th day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh